UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

v.                              Case No.  2:13-CR-20011

CHRISTOPHER COTTMAN                                                                 DEFENDANT

**O R D E R**

On July 29, 2013, a final presentence investigation report (Doc. 22) was filed in this case. Having thoroughly reviewed the report, the Court finds that additional information is needed before determining the mental condition of Defendant and the proper sentence to be imposed. Accordingly, pursuant to the Court's authority under 18 U.S.C. § 3552(c), IT IS HEREBY ORDERED that Defendant, Christopher Cottman, is to undergo a psychological examination in accordance with 18 U.S.C. §§ 4244(b) and 4247(b) and (c) to determine whether Defendant is presently suffering from a mental disease or defect.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 4247(b), Defendant is committed to the custody of the Attorney General or his authorized representative for placement in a suitable federal correctional facility for a period not to exceed thirty days for a psychological examination under 18 U.S.C. § 4244(b) to determine the mental condition of Defendant.

IT IS FURTHER ORDERED that upon the completion of such examination, the examiner shall report in writing, to the Court, the facts found and an interpretation thereof, including conclusions as to the mental condition of said Defendant, and such recommendations, suggestions, and opinions as professional judgment indicates may be of help to this Court, including but not limited to whether Defendant is suffering from a mental disease or defect as a result of which he is

-2-

in need of custody for care or treatment in a suitable facility, and any recommendation as to how the mental condition of Defendant should affect the sentence to be imposed.  18 U.S.C. § 4247(c)(4). "[I]f the report includes an opinion by the examiner that Defendant is presently suffering from a mental disease or defect but that it is not such as to require his custody for care or treatment in a suitable facility, the report shall also include an opinion by the examiner concerning the sentencing alternatives that could best accord Defendant the kind of treatment that he does need."  18 U.S.C. § 4244(b).  Pursuant to 18 U.S.C. § 4247(c), the facility conducting the examination shall file a copy of the report with this Court, with copies to counsel for Defendant and the Government.

The United States District Court Clerk is directed to provide the United States Marshal's Service with a certified copy of this order.  The United States Marshal's Service is directed to immediately notify the Court upon receipt of Defendant's facility designation.  The Court will then issue an order directing Defendant's transport to this facility.

The sentencing hearing scheduled for October 2, 2013, is CANCELED and will be reset at a later date.

IT IS SO ORDERED this 30th day of September, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U. S. DISTRICT JUDGE